ROBERT J. SCOTT, Jr., ESQ.
Nevada Bar No. 8658
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-Mail: Robert.Scott@McCurdylawyers.com

DAVID MINCIN, ESQ.
Nevada Bar No. 5427
RICHARD MCKNIGHT P.C.
330 South Third Street, Suite 900
Las Vegas, NV 89101
Telephone: (702) 388-7185
Facsimile: (702) 388-0108
E-Mail: dmincin@lawlasvegas.com

Attorneys for Plaintiff
UNITED NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>MELANIE OCHS, individually, CHRISTOPHER CHARLES and DARREN PRUM, special administrators of the estate of Baby Boy Charles, born December 31, 2005 and died August 4, 2006; and MORGAN CHARLES,<br><br>            Defendants. | Case No.:   2:10-cv-00549-PMP-PAL<br><br>**STIPLUATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND** [PROPOSED] **ORDER** |

It is hereby stipulated by and between plaintiff UNITED NATIONAL INSURANCE

COMPANY and defendants MELANIE OCHS, CHRISTOPHER CHARLES and DARREN

PRUM, special administrators of the estate of Baby Boy Charles, born December 31, 2005 and

died August 4, 2006; and MORGAN CHARLES, that UNITED NATIONAL's complaint shall

be dismissed, with prejudice, the parties each to bear their own costs.

DATED: July 18, 2011                                MCCURDY & FULLER LLP

By: /*Robert J. Scott*/
ROBERT J. SCOTT, Jr.
Nevada Bar No. 8658
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025

Attorneys for Plaintiff
UNITED NATIONAL INSURANCE COMPANY

DATED: July 18, 2011                                GANZ & HAUF

By: /*Marjorie L. Hauf*/
MARJORIE HAUF
Nevada Bar No. 8111
8950 W. Tropicana, Suite 1
Las Vegas, NV 89147

Attorneys for Defendants
CHRISOPHER CHARLES, DARREN PRUM, MORGAN CHARLES

DATED: July 18, 2011                                CHASEY HONODEL

By: /*Amy B. Honodel*/
AMY B. HONODEL
Nevada Bar No. 7755
3295 N. Fort Apache Road, Suite 110
Las Vegas, NV 89129

Attorneys for Defendant
MELANIE OCHS

IT IS SO ORDERED.

Dated: July 18, 2011.

_____
United States District Court Judge